## Mobile & Ohio Railroad Company v. Denis Godfrey.

1. DAMAGES—*Verdicts for Excessive—When Not Disturbed.*—On . appeal, courts seldom substitute their judgment for that of the jury in estimating the damages without it is apparent the jury was influenced by prejudice or passion.

**Memorandum.**—Action for personal injuries. Appeal from the Circuit Court of Jackson County; the Hon. JOSEPH P. ROBARTS, Judge, presiding. Heard in this court at the August term, 1893, and affirmed. Opinion filed March 23, 1894.

The statement of facts is contained in the opinion of the court.

LANDSDEN & LEEK, attorneys for appellant.

SMITH, McELVAIN & HERBERT, attorneys for appellee.

MR. JUSTICE SAMPLE DELIVERED THE OPINION OF THE COURT.

The same questions arise in this case as in that of appellant against James Massey, except that relating to the damages awarded, which are claimed to be excessive. The evidence shows that appellee is a physical wreck since his injury. Before that time he was a sound, healthy man. It is very difficult to measure the damages for such an injury. On appeal, courts seldom substitute their judgment for that of the jury in estimating them, without it is apparent the jury was influenced by prejudice or passion. There is nothing in this record to indicate the jury was so influenced, without it is to be found in the amount of the verdict returned; while that amount is large, yet, in view of the helpless condition of appellee, and the pain and suffering he endures, we do not feel that we should substitute our judgment for that of the jury and the court below. For reasons stated in the Fannie Massey case, the judgment is affirmed.